```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/09
```

## MEMORANDUM

FEB 2 – 2009

TO: *HONORABLE VICTOR MARRERO*
    *UNITED STATES DISTRICT JUDGE*

FROM: <u>*CLAY SMITH*</u>
      *PRETRIAL SERVICES OFFICER*

                                                      *RE: Jin Yun Gao*
                                                      *Docket: #08-CR-00087*

*The attached memorandum was prepared by Pretrial Services Officer*

<u>*Clay Smith*</u>                                         <u>*805-4107*</u>
*Name*                                                   *Phone Number*

*will present Your Honor significant details about the bail Conditions which were imposed on the above cited defendant.*

*We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.*

[X]     *I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.*

[]     *Please inform all parties concerned that I will conduct a bail Review Hearing in Courtroom#_____ on _____ at _____.*
                                      *Date*         *Time*

*I request that a Bail Review Hearing be conducted by:*

        *The presiding Magistrate Judge in courtroom #5A.*

[]    *The District Court Judge presiding in Part I.*

[]    _____
                *Judicial Officer*

SO ORDERED:

2-2-09
DATE      VICTOR MARRERO, U.S.D.J.